IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3091-1 |
| | ) | |
| V. | ) | |
| | ) | |
| JAKTINE ALPHONSO MOORE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the motion to reconsider detention pending trial (filing 36) is granted in part and in part held in abeyance.  Pretrial Services shall investigate the possibility of release under the conditions outlined in the defendant's motion, that is, release to the home of the defendant's wife and electronic monitoring.  A report shall be prepared and filed and copies provided to counsel.   The report should include the recommendations of the Pretrial Services officer.  Upon submission of the report, the undersigned will resolve the merits of the motion.  My chambers shall provide Pretrial Services with a copy of this order.

    DATED this 2nd day of September, 2009.

                                                            BY THE COURT:

                                                             *Richard G. Kopf*
                                                             United States District Judge