IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3091 |
| | ) | |
| V. | ) | |
| | ) | |
| JAKTINE ALPHONSO MOORE and | ) | MEMORANDUM |
| JOBITA WILLETTA AVERY, | ) | AND ORDER |
| | ) | |
| Defendants. | ) | |

I conferred with counsel today by telephone. Counsel for Defendant Avery moved to continue the trial and for extra time to file motions. Understanding that the time would be excluded, there was no objection. Therefore,

IT IS ORDERED that:

(1) Each of the defendants shall have until the close of business on October 9, 2009, to file pretrial motions.

(2) Trial of this case for seven days is scheduled to commence on December 7, 2009, and this case is set as the number one criminal case.

(3) The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

DATED this 24th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge