IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3091 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| JAKTINE ALPHONSO MOORE, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

After consideration of the Pretrial Services' Release Investigation Report (filing 40), when read in conjunction with the Preliminary Pretrial Services Report (filing 10),

IT IS ORDERED that the motion for reconsideration of detention (filing 36) is denied. The defendant shall remain detained pending trial.

DATED this 29th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge