IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3091 |
| | ) | |
| v. | ) | |
| | ) | |
| JAKTINE ALPHONSO MOORE, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

The defendant filed a pro se "Motion to Dismiss Proffered Evidence." Filing No. 46. The defendant, acting by and through his appointed counsel, has now filed a motion to withdraw the pro se motion, (filing no. 47), explaining the defendant's pro se motion lacks evidentiary support at this time and was filed without notice to, or the approval of, his counsel. Accordingly,

IT IS ORDERED:

1) Defendant Moore's motion to withdraw, (filing no. 47), is granted, and the Moore's pro se motion to dismiss proffered evidence, (filing no. 46), is deemed withdrawn.

2) Defendant Moore is advised that, as a represented party, it is inappropriate to file documents with the court directly, and all future filings should be made through his attorney.

3) The clerk shall send a copy of this order to the defendant Jaktine Moore, Saline County Jail, P.O. Box 911, Wilber, Nebraska 68465.

DATED this 14th day of October, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge