IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3091 |
| | ) | |
| V. | ) | |
| | ) | |
| JAKTINE ALPHONSO MOORE, | ) | ORDER |
| JOBITA WILLETTA AVERY, | ) | |
| | ) | |
| Defendants. | ) | |

The government's motion to continue, (filing no. 52), is granted, and the government's response to the defendants' motion for bill of particulars shall be filed on or before October 22, 2009.

DATED this 21st day of October, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge