IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3091 |
| | ) | |
| V. | ) | |
| | ) | |
| JAKTINE ALPHONSO MOORE, | ) | ORDER |
| JOBITA WILLETTA AVERY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Because the same prosecutor is presently scheduled for "back-to-back" trials before Judge Urbom (commencing on November 30, 2009) and me (commencing December 7, 2009), the lawyers and I need to discuss the possibility of rescheduling my trial. Therefore,

IT IS ORDERED that my judicial assistant shall arrange a telephone conference with counsel to be held at 12:30 PM on Tuesday, December 1, 2009. Counsel shall calendar that telephone conference.

DATED this 25th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge