IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3091 |
| | ) | |
| V. | ) | |
| | ) | |
| JAKTINE ALPHONSO MOORE, | ) | ORDER |
| JOBITA WILLETTA AVERY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

　　　　IT IS ORDERED that defendant Avery's motion to continue trial (filing 104) is denied.

　　　　DATED this 22nd day of January, 2010.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　United States District Judge