IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:09CR3091 |
| Plaintiff, ) | |
| ) | AMENDED ORDER FOR |
| vs. ) | TEMPORARY TRANSFER OF |
| ) | CUSTODY |
| JAKTINE ALPHONSO MOORE and, ) | |
| JOBITA WILLETTA AVERY, ) | |
| ) | |
| Defendants. ) | |

The Motion of the United States, (filing no. 131), is granted.

IT SO ORDERED that the custody of Jushan Malone be temporarily transferred on January 28, 2010, to the Lincoln Police Department for purpose of interview. The interview will be conducted at the United States Attorney's Office. Upon conclusion of the interview, an investigator of the Lincoln Police Department shall return Jushan Malone to the custody of the United States Marshal's Office.

Dated this 28th day of January, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
CHERYL R. ZWART
United States Magistrate Judge