IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3091-1 |
| | ) | |
| V. | ) | |
| | ) | |
| JAKTINE ALPHONSO MOORE, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

    IT IS ORDERED that Defendant Moore's motion for judgment of acquittal and new trial (filing 152) is denied.

    DATED this 9th day of February, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge
