IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3091 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM |
| | ) | AND ORDER |
| JAKTINE ALPHONSO MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of a letter from the defendant.

IT IS ORDERED that:

(1)   The Clerk of Court shall file the letter.

(2)   Treating the letter as a motion, it will be taken up at the same time as the hearing on defense counsel's motion to withdraw (filing 168), which is scheduled on April 15, 2010, at 12:30 p.m., before the undersigned.

(3)   The Clerk of Court shall provide a copy of this order and the defendant's letter to counsel for the government, to counsel for the defendant, and to the defendant at defendant's last known address.

Dated April 8, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge