IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:09CR3091 |
| v. | ) | |
| JAKTINE ALPHONSO MOORE, | ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

I held a hearing today. After considering the views of defense counsel and Mr. Moore,

IT IS ORDERED that:

1. The motion to withdraw (filing 168) and the motion to appoint counsel (filing 170) are granted. I thank Ms. Peterson for her service.

2. The Federal Public Defender shall provide me with his nomination of an "A" panel lawyer to represent Mr. Moore.

3. The sentencing hearing previously scheduled for April 29, 2010 at noon is cancelled.

4. New counsel shall promptly enter his or her appearance.

5. Upon the entry of appearance by new counsel, my judicial assistant shall arranged a telephone call with the prosecutor and new defense counsel to discuss the further progression of this case.

6. The Clerk shall provide a copy of this memorandum and order to Mr. Moore.

7. The Clerk shall provide the Federal Public Defender with a copy of this memorandum and order and the Federal Public Defender shall in turn provide new counsel with a copy of this memorandum and order.

DATED this 15th day of April, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge