IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:09CR3091 |
| v. | ) | |
| JAKTINE ALPHONSO MOORE, | ) | ORDER |
| Defendants. | ) | |

IT IS HEREBY ORDERED that Mark Weber is appointed to represent Jaktine Alphonso Moore.  The Clerk shall provide Mr. Weber with a copy of this order.  Mr. Weber shall promptly enter his appearance.

DATED this 21st day of April, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge