IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3091 |
| | ) | |
| V. | ) | |
| | ) | |
| JAKTINE ALPHONSO MOORE, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the defendant's motion for leave to file notice of appeal out of time (filing 341) is granted.

DATED this 22nd day of September, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge