IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3091 |
| | ) | |
| v. | ) | |
| | ) | |
| JAKTINE ALPHONSO MOORE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

After careful review,

IT IS ORDERED that:

(1) The motion to withdraw as attorney (filing no. 356) is granted.

(2) The § 2255 motion (filing no. 352) is denied for the reasons articulated in the motion to withdraw as attorney.

(3) Judgment will be entered by separate document. The undersigned refuses to grant a certificate of appealability.

DATED this 30th day of June, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge