IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3091-1 |
| | ) | |
| v. | ) | |
| | ) | |
| JAKTINE ALPHONSO MOORE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has submitted a filing which I construe to be a request for a certificate of appealability regarding the denial of the defendant's section 2255 motion in 2012. After review,

IT IS ORDERED that:

(1)     The "petition" considered in this court as a motion (filing no. 366) is denied.

(2)     The Clerk of the Court shall provide a copy of this order and filing no. 366 to the Court of Appeals.

DATED this 29th day of November, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge