IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3091 |
| | ) | |
| v. | ) | |
| | ) | |
| JAKTINE ALPHONSO MOORE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has filed a motion for sentence reduction under the First Step Act (filing no. 386). Accordingly,

IT IS ORDERED that:

(1)     The Federal Public Defender is appointed to represent the defendant and the Clerk shall provide notice to the defendant.

(2)     The United States Probation Office shall provide a Retroactive Sentencing Worksheet to the undersigned and counsel of record by August 2, 2019. The Clerk shall send a copy of this order to SUSPO Kelly Nelson.

(3)     The government shall submit a brief regarding the motion by September 3, 2019.

(4)     The defendant through counsel shall submit a responsive brief by October 3, 2019.

(5)     The government may submit a responsive brief by October 17, 2019.

DATED this 2nd day of July, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge