IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3091 |
| | ) | |
| v. | ) | |
| | ) | |
| JAKTINE ALPHONSO MOORE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED THAT Defendant's Motion for Extension of Time to File Notice of Appeal, Filing no. 396, is granted. The defendant is granted an extension of time to December 6, 2019, to file his notice of appeal.

DATED this 14th day of November, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge