IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:09CR3091 |
| vs. | |
| JAKTINE ALPHONSO MOORE, | ORDER |
| Defendant. | |

For the reasons articulated in the government's brief (Filing 418),

IT IS ORDERED that the defendant's motion for reduction in sentence (Filing 417) is denied.

Dated this 2nd day of March, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge