## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

      vs.

JAKTINE ALPHONSO MOORE,

                Defendant.

**4:09CR3091**


**ORDER**

      IT IS ORDERED that the defendant's Motion to Extend (Filing 420) is denied.

      Dated this 12th day of March, 2021.

                BY THE COURT:

                *Richard G. Kopf*

                Richard G. Kopf
                Senior United States District Judge