IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:09CR3091 |
| vs. | |
| JAKTINE ALPHONSO MOORE, | ORDER |
| Defendant. | |

After careful consideration,

IT IS ORDERED that the motion to reduce sentence (Filing 424) is denied.

Dated this 28th day of April, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge