IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JAKTINE ALPHONSO MOORE,<br><br>            Defendant. | **4:09CR3091**<br><br>**AMENDED ORDER** |

After careful consideration,

IT IS ORDERED that the motion to reduce sentence (Filing 424) is denied. No certificate of appealability has been or will be issued.

Dated this 28th day of April, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge