IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:09-CR-3091 |
| vs. | |
| JAKTINE ALPHONSO MOORE, | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (filing 457), pursuant to which a defendant may (after exhausting his administrative remedies) move for reduction of his term of imprisonment based upon "extraordinary and compelling reasons." He points to U.S.S.G. § 1B1.13(b)(6), which says that if a defendant received an unusually long sentence and has served at least 10 years of the term of imprisonment, a change in the law may be considered in determining if he has an extraordinary and compelling reason to reduce his sentence. Filing 457 at 5-6.

But the defendant hasn't identified a change in the law affecting his sentence. He says he "believe[s] if [he] was sentenced today, the career offender would range from 188-235 months" because his "prior drug offenses would not qualify as a predicate offense." Filing 457 at 6. But as the Court has previously explained, the defendant's status as a career offender affected neither his guidelines sentencing range nor his sentence. Filing 444. Accordingly,

IT IS ORDERED that the defendant's motion for compassionate release (filing 457) is denied.

Dated this 24th day of November, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge